# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

|  |  |
|---|---|
| LEANN BALLARD, | CHAPTER 13 |
|  | CASE NO. 09-60177-MBM |
| DEBTOR. | JUDGE MARCI B. MCIVOR |

_____/

## ORDER DISALLOWING THE PROOF OF CLAIM OF CITIMORTGAGE, INC (PACER CLAIM NO. 3-1)

This matter came on for hearing upon the Objection to Proof of Claim filed by the Chapter 13 Standing Trustee pursuant to L.B.R. 3007-1 (E.D.M.), the Objection having been served with the Notice of Objection to Claim in accordance with the local bankruptcy rules, the requisite time for a response having passed, no response to the Objection having been timely filed and served, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED that the Proof of Claim filed on behalf of CitiMortgage, Inc (PACER Claim No. 3-1) on August 3, 2009 in the amount of $34,440.63 is disallowed;

IT IS HEREBY FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements to such Creditor, the Trustee shall not be obligated to recoup the same.

.

**Signed on October 22, 2009**

                                                        **____ __/s/ Marci B. McIvor_ ___**
                                                        **Marci B. McIvor**
                                                        **United States Bankruptcy Judge**